**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02064-DME-MJW

CANDACE MCNEIL,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Summary Judgment In Favor Of Defendant [Docket No. 48] of Senior Circuit Judge David M. Ebel entered on December 11, 2013 it is

**ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 26] is **GRANTED** in full.  It is

**FURTHER ORDERED** that Plaintiff CANDACE MCNEIL, recover nothing, the action be dismissed.  It is

**FURTHER ORDERED** that the Defendant WELLS FATGO BANK, N.A. is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk